# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

151343-4

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant-Appellant.

SC: 151343-4
COA: 317864, 317866
Kalamazoo CC: 2012-000600-NF

_____/

On October 6, 2016, the Court heard oral argument on the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.305(H)(1). In lieu of granting leave to appeal, it appearing to this Court that the case of *Covenant Medical Center, Inc v State Farm Mutual Auto Ins Co* (Docket No. 152758) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk

t1006